Dwayne Farnsworth (#13209)
FARNSWORTH MORTENSEN LAW OFFICES
1837 S. Mesa Dr., Ste. A103
Mesa, AZ 85210
(480) 820-3600
Fax (480) 820-4800
e-mail: fmcourt@gmail.com
Attorney for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>NELSON TRUJILLO AGUILA<br>SS# ***-**-0828<br><br>and<br><br>LINDA TRUJILLO,<br>SS# ***-**-9310<br><br>Debtors. | In Proceedings Under<br>Chapter Thirteen<br><br>Case No. 2:10-bk-22086-JMM<br><br>DEBTORS' OBJECTION TO THE SECURED PROOF OF CLAIM FILED BY HSBC BANK, NEVADA, N.A. CLAIM 10 |

COME NOW the Debtors, NELSON TRUJILLO AGUILA and LINDA TRUJILLO, (hereinafter the "Debtors") by and through their undersigned counsel, who hereby object to the secured proof of claim filed by HSBC BANK, NEVADA, N.A., (hereinafter "creditor") for the following reasons:

1. The Debtors filed their voluntary petition in the United States Bankruptcy Court for the District of Arizona on or about July 14, 2010, thereby commencing the above-captioned Chapter 13 proceeding. Edward J. Maney is the duly appointed, qualified and acting Chapter 13 Trustee in this matter.

2. The Debtors listed a debt to Creditor for a 2004 Suzuki Quad.

3. On or about November 15, 2010, the Creditor filed a secured proof of claim, claim 10, in the amount of $2,460.00, as for the quad.

4. Creditor claims that the retail value of the quad is $2,460.00, based upon a Kelley Blue valuation for a quad in excellent condition. This valuation fails to take into consideration the actual condition of the quad.

5. Debtors contend that the actual condition of the quad is not excellent and that the actual value is $1,500.00. Debtors have attached a copy of a NADA valuation, see Exhibit "A", for the quad which indicates that the low retail value is $1,655.00 with a high retail value is $2,175.00. Debtors state that the quad has extensive wear and tear and has mechanical problems and should be valued slightly below that of the low retail value.

WHEREFORE, the Debtors pray that this Court:

a) grant their objection; and

b) allow HSBC BANK, NEVADA, N.A., to be paid as secured in the amount of $1,500.00 through the Chapter Thirteen Plan with any unpaid balance classified as an unsecured nonpriority debt.

DATED this 18th day of November, 2010.

FARNSWORTH MORTENSEN LAW OFFICES

/s/ Dwayne Farnsworth (#13209)
Attorney for Debtors

# Exhibit "A"

The Power of Vehicle Information

Autos | Classic Cars | Motorcycles | Boats | Recreation Vehicles | Manufactured Homes | Buy a Price Guide

Powersports Insurance | Free Credit Score | Buy a Bike | Sell a Bike | New Powersports Prices | Used Motorcycle Values

ADVERTISEMENT

Cycle Trader PLACE YOUR MOTORCYCLE IN FRONT OF 1.5 MILLION BUYERS TODAY

Find. Sell. Research. CycleTrader.com

Category > Make & Year > Model & Trim > Options > Value Report

## 2004 SUZUKI 4 Wheel ATV LT-Z400K4

ADVERTISEMENT




Find. Sell. Research.
CycleTrader.com

November 18, 2010

**Motorcycle/ATVs**

| | | | |
|---|---|---|---|
| Model: | LT-Z400K4 | Speeds: | 5 |
| Piston Displacement (CCs): | 398 | Dry Weight: | 372 |
| Stroke: | 4 | | |
| Cylinders: | 1 | | |

print this page | email this page

**Insurance Quote**

Free Insurance Quote

PROGRESSIVE GO

**Know your Credit History**

Free Online Credit Score

freecreditscore.com GO

## PRICING

| | Low Retail | Average Retail |
|---|---|---|
| Base Price | $1,655 | $2,175 |
| **TOTAL PRICE** | **$1,655** | **$2,175** |

Suggested List: $5,699

## NEXT STEPS

- Free Online Insurance Quote
- Free Online Credit Score
- Free Dealer Quote on a New Vehicle
- Shop for Powersports Vehicles
- Sell Your Vehicle Online
- Ship Your Vehicle

**Value Explanations**

Prices shown are retail consumer values and are to be considered as selling prices. Trade-in values are to be determined by local dealers and are generally lower than values shown.

**Suggested List** — The manufacturer's (distributors) highest suggested list price in the U.S.A. when the unit was new. Unless indicated, the suggested list price does not include destination charges, dealer set-up, state or local taxes, license tags or insurance.

**Low Retail Value** — A low retail unit may have extensive wear and tear. Body parts may have dents and blemishes. The buyer can expect to invest in cosmetic and/or mechanical work. This vehicle should be in safe running order. Low retail vehicles usually are not found on dealer lots. **Low Retail is not trade-in value.**

**Average Retail Value** — An average retail unit should be clean without obvious defects. All rubber and cables should be in good condition. The paint should match and have a good finish. All lights and switches should work properly. The mileage should be within or slightly higher than the average range. This unit should also pass any emission inspection.

Back to Top ▲

Home | Media Room | About Us | Help/FAQ | Contact Us | Advertise | Link to Us | Buy a Price Guide | Business Users | Change ZIP

©Copyright 2010 NADAguides.com. All Rights Reserved. Copyright | Privacy Policy
©2000-2010 Chrome Systems Corporation.