| | |
|---|---|
| 1 | Dwayne Farnsworth (#13209)<br>FARNSWORTH MORTENSEN LAW OFFICES |
| 2 | 1837 S. Mesa Dr., Suite A103<br>Mesa, AZ 85210 |
| 3 | Tel (480) 820-3600<br>Fax (480) 820-4800 |
| 4 | e-mail: fmcourt@gmail.com |
| 5 | Attorney for Debtors |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | In Proceedings Under |
| | ) | Chapter Thirteen |
| NELSON TRUJILLO AGUILA | ) | |
| SS# ***-**-0828 | ) | Case No. 2:10-bk-22086-JMM |
| | ) | |
| and | ) | NOTICE OF FILING OBJECTION TO CLAIM |
| | ) | AND NOTICE OF BAR DATE REGARDING |
| LINDA TRUJILLO, | ) | DEBTOR'S OBJECTION TO THE |
| SS# ***-**-9310 | ) | SECURED PROOF OF CLAIM OF |
| | ) | HSBC BANK, NEVADA, N.A., CLAIM 10 |
| Debtors. | ) | |

NOTICE IS HEREBY GIVEN that the Debtors filed an Objection to the secured Proof of Claim filed by HSBC BANK, NEVADA, N.A., on or about November 15, 2010.

Debtor objects to the secured Proof of Claim for the reason that the value of the property is $1,500.00.

Any party in interest who objects to the Debtors' Motion should file a written objection with the Court no later that **23** days from the date of mailing of this Notice herein, with the U.S. Bankruptcy Court, 230 N. First Ave., Suite 101, Phoenix, AZ 85003-1727. The objection must contain the following information, which can be obtained from this notice, the case name and number, the name of the Trustee, and the name of the Debtors' attorney. Failure to provide this information will delay the setting of a hearing thereon. A copy of the objection shall be mailed to the Debtors' attorney at Farnsworth Mortensen Law Offices, 1837 S. Mesa Dr., Suite A103, Mesa, AZ 85210.

If a timely objection to the Debtors' Motion is made in writing to the Court, and a hearing requested, a hearing will be set in this matter. Any objection shall be in writing, filed with the Clerk of Court and a copy served upon the debtors' attorney on or before seven (7) days prior to the hearing. If no timely written objection is filed, no hearing will be held, and the Court may sign an Order which will grant the Debtors' Objection. Said Order will be lodged with the Court in 23 days from the mailing of this notice.

DATED this  18th  day of  November , 2010.

FARNSWORTH MORTENSEN LAW OFFICES

/s/Dwayne Farnsworth   (#13209)
Attorney for Debtors