Dwayne Farnsworth (#13209)
FARNSWORTH MORTENSEN LAW OFFICES
1837 S. Mesa Dr., Suite A103
Mesa, AZ 85210
Tel (480) 820-3600
Fax (480) 820-4800
e-mail: fmcourt@gmail.com

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | In Proceedings Under |
| | ) | Chapter Thirteen |
| NELSON TRUJILLO AGUILA, | ) | |
| SS# \*\*\*-\*\*-0828 | ) | Case No. 2:10-bk-22086-JMM |
| | ) | |
| and | ) | ORDER SUSTAINING DEBTORS |
| | ) | OBJECTION TO THE SECURED |
| LINDA TRUJILLO, | ) | PROOF OF CLAIM FILED BY |
| SS# \*\*\*-\*\*-9310 | ) | HSBC BANK, NEVADA, N.A. |
| | ) | |
| Debtors. | ) | |

AFTER THOROUGH CONSIDERATION of the Debtors' Objection to the Proof of Claim, claim 10, filed by HSBC Bank, Nevada, N.A., and a Notice of Bar Date being mailed to all parties involved and no objections having been received and good cause appearing thereof;

**IT IS HEREBY ORDERED**, that the Debtors Objection to the secured Proof of Claim filed by HSBC Bank, Nevada, N.A., is sustained and that the 2004 Suzuki quad shall be paid as secured in the amount of $1,500.00, through the debtors' Chapter Thirteen Plan, with any unpaid balance classified as an unsecured nonpriority debt.

DATED this _____ day of _____, 2010.

_____
U.S. BANKRUPTCY COURT JUDGE